# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

David Brown

                        Plaintiff,

v.                                           Case No.: 1:23–cv–00132

                                                            Honorable Harry D. Leinenweber

Midland Credit Management, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 9, 2023:

      MINUTE entry before the Honorable Harry D. Leinenweber: Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Court hereby dismisses the present action with prejudice. Civil case terminated. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.